Jaron Brignac
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Tel: (818) 738-9861
Fax: (323) 978-4215

Attorney for Plaintiff Jaron Brignac

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARON LAMAR BRIGNAC, an individual,

    Plaintiff,

    vs.

CITY OF DUBLIN POLICE SERVICES, ALAMEDA COUNTY DISTRICT ATTORNEY'S OFFICE, OFFICER WILLIAM CHASE in his individual and official capacity, ANNIE ESPOSITO, in her individual and official capacity as a district attorney, and DOES 1 through 10 inclusive,

    Defendants.

Case No. CV 16-004569 SBA

VOLUNTARY DISMISSAL

    Plaintiff, Jaron Brignac, hereby voluntarily dismisses the action in the above captioned case without prejudice.

1

Dated: August 12, 2016

_____
Jaron Brignac

2

# PROOF OF SERVICE
(C.C.P SEC. 1013a)

I, Jaron Brignac, declare as follows:

I am employed in the county of Los Angeles. I am over the age of 18 and not a party to the action herein. My mailing address is 9107 Wilshire Blvd, Suite 450, Beverly Hills, CA 90210

On August 12, 2016, I served the foregoing documents described

**VOLUNTARY DISMISSAL OF ACTION**

on the interested parties in this action as follows:
**CITY OF DUBLIN POLICE SERVICES, ALAMEDA COUNTY DISTRICT ATTORNEY'S OFFICE, OFFICER WILLIAM CHASE**

By mail. By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully paid in the U.S. mail at Studio City, CA 91604

I declare under penalty and perjury under the laws of California that the foregoing is true and correct. Executed on August 12, 2016.

_____
Eric Aguiar

3